THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Nathaniel Johnson,       
Appellant,
 
 
 

Appeal From Spartanburg County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-553
Submitted July 15, 2003  Filed September 
 25, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, 
 of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia;  and Solicitor Harold W. Gowdy, 
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Nathaniel Johnson appeals his 
 conviction for armed robbery of a high and aggravated nature, arguing the trial 
 court erred in refusing to grant a directed verdict to the charge of armed robbery 
 because the State failed to prove that appellant was armed with a knife.  Johnsons 
 counsel attached to the brief a petition to be relieved as counsel, stating 
 that he had reviewed the record and concluded this appeal lacks merit.  After 
 a thorough review of the record, and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Johnsons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.